**ORGANIZATION OF SENIOR CITIZENS AND RETAILERS and Raymond Mincone, President, Plaintiffs,**

**Raymond J. Mincone, Plaintiff–Appellant,**

**v.**

**Governor George E. PATAKI, H. Carl McCall, Comptroller, Senator Joseph Bruno, President of the Senate, Assemblyman Sheldon Silver, Assembly Speaker, Defendants–Appellees.**

**No. 00–7991.**

United States Court of Appeals, Second Circuit.

June 12, 2001.

Raymond J. Mincone, pro se, Melville, NY; for appellant.

Melanie Oxhorn; Robert H. Easton, on the brief, Attorney General's Office, State of New York, New York, NY, for appellees.

---

Present McLAUGHLIN, CABRANES, Circuit Judges, and COTE, District Judge.*

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and is AFFIRMED.

In September 1999, plaintiff Raymond J. Mincone filed an amended complaint against defendants under 42 U.S.C. § 1983, alleging that the New York State Legislature passed amendments to the State Constitution in 1949, 1962, and 1985, in violation of his right to due process. The District Court dismissed the complaint as time-barred.

Upon a review of the record, we agree that Mincone's complaint is barred by the applicable statute of limitations. Accordingly, the judgment of the District Court is hereby AFFIRMED.